UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMON HANNA,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>    Defendants. | Case No. 15-CV-2704 AJB-BLM<br><br>**ORDER REGARDING JOINT MOTION FOR ENTRY OF ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**(Doc. No. 14)** |

    The parties have jointly submitted a Joint Motion for Entry of Order Regarding Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    Accordingly, this action is dismissed, and the parties will bear their own respective costs and expenses.

**IT IS SO ORDERED.**
Dated: June 26, 2017

                                             Hon. Anthony J. Battaglia
                                             United States District Judge